| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282<br>Phyl Grace, Esq., SBN 171771 |
| 3 | Russell Handy, Esq., SBN 195058<br>Dennis Price, Esq., SBN 279082 |
| 4 | <u>8033 Linda Vista Road, Suite 200</u><br><u>San Diego, CA 92111</u> |
| 5 | (858) 375-7385; (888) 422-5191 fax<br>phylg@potterhandy.com |

Attorneys for Plaintiff, BRIAN WHITAKER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>  v.<br><br>NEW BRIGHTON GOLDEN TRIANGLE, LLC, a California Limited Liability Company; MADISON INTERNATIONAL, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-CV-08803-JFW-FFM<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: December 5, 2019    By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorney for Plaintiff